IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01009-BNB

MYRON RAY CARTER,

    Plaintiff,

v.

JOSEPH ORTIZ, et al.,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 7 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion filed on June 20, 2007, asking this Court for an order directing the Limon Correctional Facility to make the number of photocopies he wants of the complaint he has yet to file is DENIED. Plaintiff continues to have **thirty (30) days from the date of the June 19, 2007, minute order** in which to comply with the May 15, 2007, order to cure. Failure to do so within the time allowed will result in the dismissal of the instant action.

Dated: June 27, 2007

Copies of this Minute Order mailed on June 27, 2007, to the following:

Myron Ray Carter
Prisoner No. 58637
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

_____
Secretary/Deputy Clerk